# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

ANTHONY MISITA AND GLENN AND
LINDA TORRES

NO. 2019 CW 1621

VERSUS

THE ST. TAMMANY PARISH
GOVERNMENT

CONSOLIDATED WITH

ANTHONY MISITA

VERSUS

JOHN MAUMOULIDES, LAKELOTS,
INC., INTREPID, INC., ONE
CONSORT INTERNATIONAL, LLC,
LAKE RAMSEY DEVELOPMENT AND
ST. TAMMANY PARISH

**MAY 1 2 2020**

---

In Re:    One  Consort  International,  LLC,  applying  for
          supervisory  writs,  22nd  Judicial  District  Court,
          Parish of St. Tammany, No. 2013-14638 c/w 2018-10697.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                    PMc
                    JEW
                    GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT